Argued and submitted August 2, 2018; in Case Nos. 16CR08687, 16CR18535, and 16CR44055, portions of judgments requiring defendant to pay $100 bench probation fees vacated, remanded for resentencing, otherwise affirmed November 20, 2019

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ZACHARY DEAN ALDEGUER,
aka Zachary Aldeguer,
*Defendant-Appellant.*

Josephine County Circuit Court
16CR08687, 16CR18535, 16CR44055;
A163947 (Control), A163948, A163949

452 P3d 1026

Michael Newman, Judge.

Kali Montague, Deputy Public Defender, argued the cause for appellant. Also on the briefs was Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Office of Public Defense Services.

Lauren P. Robertson, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Lagesen, Presiding Judge, and DeVore, Judge, and Landau, Senior Judge.

PER CURIAM

In Case Nos. 16CR08687, 16CR18535, and 16CR44055, portions of judgments requiring defendant to pay $100 bench probation fees vacated; remanded for resentencing; otherwise affirmed.

**PER CURIAM**

In this consolidated criminal appeal, defendant appeals judgments of conviction for five misdemeanors. Defendant was sentenced to bench probation on each count. On appeal, he challenges the sentencing court's imposition on each count of the $100 bench probation fee mandated by ORS 137.540. He contends that the court erred by imposing those fees outside his presence and, further, that the error requires reversal. In *State v. Baccaro*, 300 Or App 131, 452 P3d 1022 (2019), we resolved an identical claim of error in a manner favorable to defendant's position. For the reasons stated there, we vacate the portions of the judgments requiring defendant to pay $100 bench probation fees and remand for resentencing.

In Case Nos. 16CR08687, 16CR18535, and 16CR44055, portions of judgments requiring defendant to pay $100 bench probation fees vacated; remanded for resentencing; otherwise affirmed.